IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSE LOTHARIO HARVEY,
    Plaintiff,

vs.                                    Case No.:  3:18cv2132/MCR/EMT

ALEXIS FIGUEROA, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1).  By order of this court dated October 22 , 2018, Plaintiff was given thirty (30) days in which to either submit a completed motion to proceed in forma pauperis ("IFP") on the court-approved form, or, pay the filing fee (ECF No. 12).  Plaintiff failed to submit an IFP motion or pay the filing fee by the deadline; therefore, on November 29, 2018, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 13).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to submit a completed motion to

proceed IFP, pay the filing fee, or show cause for his failure to do so. In fact, Plaintiff has filed nothing with this court since the case was transferred here from the Middle District of Florida in September of 2018 (*see* ECF No. 6).

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 4<u>th</u> day of January 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.: 3:18cv2132/MCR/EMT